1009

No. 98–8957.  SEREQUEBERHAN v. TESFAYE.  Ct. App. D. C. Certiorari denied.

No. 98–8961.  BARRETT v. POCATELLO HOUSING AUTHORITY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8963.  HICKMAN v. MOYA, WARDEN.  Ct. App. Tex., 10th Dist.  Certiorari denied.

No. 98–9002.  GILL v. NATIONAL RAILROAD PASSENGER CORPORATION, AKA AMTRAK, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–9021.  REVERE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 98–9025.  WARD v. HATCHER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–9036.  RAULS v. LINAHAN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 98–9043.  DOUGLAS v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98–9045.  HUNTER v. PATEL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–9102.  GODETTE, AKA ALI v. R & Y MANAGEMENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–9106.  GRIER v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 98–9110.  PAGLINGAYEN v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 98–9189.  VINING v. HENDERSON, POSTMASTER GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 98–9191.  THOMAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.